## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**ALISON MORAN,**

       **Plaintiff,**

**-v-**                                                **No. 8:16-cv-02616-EAK-TBM**

**SANTANDER CONSUMER USA INC.,**

       **Defendant.**

_____/

## NOTICE OF SETTLEMENT

Plaintiff Alison Moran and Defendant, Santander Consumer USA, Inc., notify this Court that Plaintiff and Defendant have settled all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal documents. The parties respectfully request that the Court stay all deadlines and retain jurisdiction for any matters related to completing and/or enforcing the settlement.

**Respectfully submitted the 8th of December, 2016.**

| | |
|---|---|
| /s/*Amanda J. Allen* | /s/ *Laura Westerman Tanner* |
| William Peerce Howard, Esq. | R. Frank Springfield (10871) |
| Billy@TheConsumerProtectionFirm.com | fspringf@burr.com |
| Amanda J. Allen, Esq. | Laura Westerman Tanner (85573) |
| Amanda@TheConsumerProtectionFirm.com | ltanner@burr.com |
| The Consumer Protection Firm, PLLC | BURR & FORMAN, LLP |
| 210 A South MacDill Avenue | 201 North Franklin Street, Suite 3200 |
| Tampa, Florida 33609 | Tampa, Florida 33602 |
| Telephone: (813) 500-1500 | Telephone: (813) 221-2626 |
| Facsimile: (813) 435-2369 | Facsimile: (813) 221-7335 |
| Counsel for Plaintiff | Counsel for Santander Consumer USA, Inc. |

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing has been served on the following via the Court's CM/ECF system, on this the 8th day of December, 2016:

William Peerce Howard, Esq.
Billy@TheConsumerProtectionFirm.com
Amanda J. Allen, Esq.
Amanda@TheConsumerProtectionFirm.com
The Consumer Protection Firm, PLLC
210 A South MacDill Avenue
Tampa, Florida 33609

            */s/Laura Westerman Tanner*
            Attorney