**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ALISON MORAN,**

        **Plaintiff,**

**-v-**                                              **No. 8:16-cv-02616-EAK-TBM**

**SANTANDER CONSUMER USA INC.,**

        **Defendant.**

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** plaintiff Alison Moran and defendant Santander Consumer USA Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate that this action is dismissed, with prejudice, with the parties to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 10th day of January, 2017.

| */s/ Amanda J. Allen* | */s/ R. Frank Springfield* |
|---|---|
| Amanda J. Allen, Esq. | R. Frank Springfield, Esq. |
| Florida Bar No. 0098228 | FL Bar #10871 |
| William Peerce Howard, Esq. | Email: flservice@burr.com |
| Florida Bar No. 0103330 | Secondary: fspringf@burr.com |
| THE CONSUMER PROTECTION FIRM | Laura Westerman Tanner, Esq. |
| 210-A South MacDill Avenue | FL Bar #85573 |
| Tampa, FL 33609 | Email: ltanner@burr.com |
| Telephone: (813) 500-1500 | Secondary email: zhasbini@burr.com; |
| Facsimile: (813) 435-2369 | sforero@burr.com |
| Amanda@TheConsumerProtectionFirm.com | Burr & Forman LLP |
| Billy@TheConsumerProtectionFirm.com | 201 North Franklin Street, Suite 3200 |
| Attorneys for Plaintiff | Tampa, Florida 33602 |
| | Tel: (813) 221-2626 |
| | Fax: (813) 357-3534 |
| | Attorneys for Defendant |

28883114 v1